## W. L. MILES V. THE STATE.

No. 9873.   Delivered December 16, 1925.

**Aggravated Assault—No Statement of Facts—No Bill of Exception.**

There being no statement of facts nor bill of exception in this record, it must be affirmed.

Appeal from the County Court at Law of Harris County. Tried below before the Hon. Ben F. Wilson, Judge.

Appeal from a conviction for an aggravated assault, penalty a fine of $100.00.

*J. S. Ross,* Houston, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for an aggravated assault with the punishment assessed at a fine of $100.

No statement of facts nor bills of exception appear in the record. In this condition nothing is presented to this court for review.

The judgment is ordered affirmed.

*Affirmed.*